# POWELL, KUGELMAN & POSTELL, LLC
## ATTORNEYS AT LAW

Joseph M. Powell, C.P.C.U. +
William R. Kugelman *
Aisha Postell +
Joanna L. Crosby +
Maureen LePochat *
Chase T. Gunther +
Amerra Bukhari *
John C. Caulfield, Of Counsel ^
Meghan Tomlinson, Of Counsel+
+Admitted in New Jersey
  & New York
*Admitted in New Jersey Only
^ Admitted in New Jersey, New York
  & Connecticut

30 Wall Street, 8th Floor, New York, New York 10005
Tel: 212-709-8008 ♦ Fax: 212-943-2300
www.lawppl.com

**PLEASE RESPOND TO OLD BRIDGE**

**Email: jcrosby@lawppl.com**

**New Jersey**
131 White Oak Lane
Old Bridge, NJ 08857
Tel: 732-679-3777
Fax: 732-679-6433

June 4, 2026

**VIA ECF**
Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

The request is GRANTED. The parties are directed to request an initial pretrial conference within seven days of an order on the anticipated motion to dismiss.

SO ORDERED.
June 5, 2026
LEWIS J. LIMAN
United States District Judge

*Re:*    **331 West 38th Street LLC v. Penn-Star Insurance Company**
         **Case No: 26-cv-01542 [rel. 25-cv-04232 (LJL)]**
         **REQUEST to ADJOURN Pretrial Conf.**

Dear Hon. Lewis J. Liman:

We represent Defendant Penn-Star Insurance Company in the above matter. We write to jointly request with Plaintiff 331 West 38th Street LLC an adjournment of the Initial Pretrial Conference (ECF Doc 13) scheduled for June 11, 2026. This matter has been transferred to Your Honor as a related case. (ECF Doc 11) Plaintiff recently filed a Second Amended Complaint (ECF Doc 12). A Stipulation extending time for Defendant to Answer or otherwise move has been granted by Plaintiff and filed with the court today. Defendant Penn-Star intends to make a motion to dismiss.

It is respectfully requested that the Pretrial Conference be adjourned for judicial economy given the pleading status until such time as the motion to dismiss Plaintiff's Second Amended Complaint is decided.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

JOANNA L. CROSBY, ESQ.

Cc:    Christopher Travis, Esq. (via ECF and email)
       All counsel of Record (via ECF)